# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Brandon G. Adams, | Case No. 2:22-cv-02173-RFB-DJA |
| Plaintiff, | |
| v. | **Order** |
| Ally Auto, et al., | |
| Defendants. | |

This matter is before the Court on Plaintiff's filing of a complaint on December 30, 2022. Since that date, Plaintiff has failed to pay the filing fee or submit an application/motion to proceed *in forma pauperis*. Although Plaintiff initiated this action by filing a complaint, he must apply to proceed *in forma pauperis* in order to proceed with this civil action without prepaying the full $402 filing fee. The Court will grant Plaintiff one opportunity to file such an application within 30 days. Alternatively, Plaintiff may choose not to file an application to proceed *in forma pauperis* and instead pay the full filing fee of $402 on or before **February 3, 2023** to proceed with this case.

**IT IS THEREFORE ORDERED** that the Clerk of the Court is kindly directed to send Plaintiff the approved form application to proceed *in forma pauperis*, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

**IT IS FURTHER ORDERED** that on or before **February 3, 2023,** Plaintiff will either pay the full $402 filing fee for a civil action (which includes the $350 filing fee and the $52 administrative fee) or file with the Court a completed **Application to Proceed *in Forma Pauperis*** on this Court's approved form.

1    **IT IS FURTHER ORDERED** that, if Plaintiff does not file a fully complete application
2    to proceed *in forma pauperis* or pay the full $402 filing fee for a civil action on or before
3    **February 3, 2023,** the Court will recommend dismissal of this action.

5    DATED: January 4, 2023.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE