**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Brandon Adams,<br><br>                    Plaintiff(s),<br>vs.<br><br>Ally Bank, et al.,<br><br>                    Defendant(s). | Case No. 2:22-cv-02173-CDS-MDC<br><br>**Report and recommendation for dismissal and to deny Ally Auto's motion to dismiss (ECF No. 62) as moot** |

The Court previously granted pro se plaintiff Brandon Adams's application to proceed in forma pauperis and dismissed his proposed complaint without prejudice with leave to amend. ECF No. 60. The Court ordered that his first proposed complaint be filed on the docket (ECF No. 61) and gave plaintiff thirty days to file an amended complaint (ECF No. 60). Defendant Ally Auto filed a motion to dismiss the proposed complaint on the docket (ECF No. 62), which the Court recommends denying as moot since that proposed complaint had already been dismissed. To date, plaintiff has not complied with the Court's order to file an amended complaint. The Court also recently deemed the plaintiff a vexatious litigant in another case. See *Adams v. Boulware II et al*, 2:22-cv-01234-CDS-MDC, ECF No. 61 (D. Nev. April 30, 2024).

Plaintiff has apparently abandoned this case. For the reasons discussed in the Court's earlier screening order (ECF No. 60), the plaintiff's case should be dismissed. Plaintiff will not be prejudiced because he has an opportunity to object to this report and recommendation.

//

ACCORDINGLY,

The Court RECOMMENDS that:

1. This action be DISMISSED and Judgment entered and

2. The defendant's motion to dismiss (ECF No. 62) be DENIED AS MOOT.

**NOTICE**

Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Pursuant to LR IA 3-1, the plaintiff must immediately file written notification with the court of any change of address. The notification must include proof of service upon each opposing party's attorney, or upon the opposing party if the party is unrepresented by counsel. Failure to comply with this rule may result in dismissal of the action.

It is so recommended.

Dated this 6th day of May 2024.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge

2